O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4641 AHM (RCx) | | Date | March 3, 2009 |
|---|---|---|---|---|
| Title | EKB Textiles, Inc. v. MACY'S DEPARTMENT STORES, INC., et al. | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

Given the declaration of Plaintiff's Attorney Stephen M. Doniger filed on February 24, 2009, Defendants Macy's Department Stores Inc. Macy's West L.L.C., and G Squared Fashion, Inc. are dismissed from this action.  As to Defendant Nineyard Co., the Court vacates its Order to Show Cause for failure to prosecute, and gives the Plaintiff until March 31, 2009 to effectuate service on Nineyard Co.

_____  :  _____
Initials of Preparer        se